UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TERRI PYLES,

    Plaintiff,

vs.

DOLGEN MIDWEST, LLC, *et al.,*

    Defendants.

Case No. 3:23-cv-249

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

January 10, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge